1  Janet Herold
   Regional Solicitor
2  Daniel J. Chasek
3  Associate Regional Solicitor
   **NATALIE NARDECCHIA** Attorney (CSBN 246486)
4  Office of the Solicitor (Sol# 1300013)
5  United States Department of Labor
   350 S. Figueroa St., Suite 370
6  Los Angeles, California 90071-1202
   Telephone: (213) 894-3284
7  Facsimile:  (213) 894-2064
8  Nardecchia.natalie@dol.gov

9  Attorneys for the Petitioner



10
11
12
13        UNITED STATES DISTRICT COURT
          CENTRAL DISTRICT OF CALIFORNIA

13  **HILDA L. SOLIS,**                )  Case No.: CV12 9956-GAF (MRWx)
        Secretary of Labor,            )
14      United States Department of Labor, )
                                       )  [PROPOSED] ORDER TO SHOW
15                  Petitioner,        )  CAUSE
                                       )
16          v.                         )  On Secretary of Labor's Petition to
                                       )  Enforce Administrative Subpoena
17                                     )  Duces Tecum
    **ZION DELIVERY SERVICE, INC. dba** )
18  **ZDS EXPRESS COURIERS,**          )
                                       )
19                  Respondent         )

20

21      Petitioner, Hilda L. Solis, Secretary of Labor, United States Department of Labor
22  ("Petitioner" or the "Secretary"), has applied to this Court for an Order requiring Re-
23  spondent Zion Delivery Service, Inc. dba ZDS Express Couriers ("Respondent") to pro-
24  duce the records, papers and documents set forth in a subpoena duces tecum issued by
25  the Regional Administrator, Wage and Hour Division, U.S. Department of Labor, and
26  duly served upon Respondent.  Having considered the matters set forth in the Petition-
27  er's pleadings (*see* Doc. 1), it is hereby
28      **ORDERED** that Respondent appear and **SHOW CAUSE**, if any there be, why

1  Respondent should not be ordered by this Court to comply with the subpoena duces te-
2  cum issued to Respondent by the Regional Administrator, Wage and Hour Division,
3  U.S. Department of Labor; and it is further
4     **ORDERED** that Respondent serve and file with the Clerk of this Court, no later
5  than 12/10/12 a response to the Petition, specifically admitting or denying each al-
6  legation of the Petition, and setting forth the cause, if any there be, why the Petition
7  should not be granted; and it is further
8     **ORDERED** that Respondent appear at a hearing to be held on the Petition on
9  12/19/12, at 9:30 a.m., in Courtroom Number 740, located at the United States Federal
10 Courthouse, 312 N. Spring Street, Second Floor, Los Angeles, California 90012
11    **ORDERED** that an Investigator from the Wage and Hour Division, U.S. Depart-
12 ment of Labor, shall forthwith serve copies of this Order to Show Cause and a copy of
13 the Petition and supporting documents on Respondent; and it is further
14    **ORDERED** that the statute of limitations is tolled as of August 17, 2012, the first
15 date of the investigation of Respondent by the Wage and Hour Division, until the Secre-
16 tary notifies the Court that Respondent has complied with the subpoena duces tecum.
17 Dated: 11/29, 2012                                 _____
18                                                    The Hon.
                                                      United States District Judge
19 Presented by:
20 M. PATRICIA SMITH
21 Solicitor of Labor
22 JANET HEROLD
23 Regional Solicitor
24 DANIEL J. CHASEK
25 Associate Regional Solicitor
26
      /s/
27 _____
   NATALIE A. NARDECCHIA, Attorney
28 Attorneys for the Petitioner, U.S. Department of Labor

(PROPOSED) ORDER TO SHOW CAUSE                                              Page 2 of 2